## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before the Court an attorney must either be a member in good standing of the Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rues 83.12 through 83.14.

---

In the Matter of

PAULINE KOBLICK,
                 Plaintiff,

vs.

HOME EPOT U.S.A., INC.,
                 Defendant.

Case Number:

FILED: MARCH 19, 2008
08CV1624    TC
JUDGE ANDERSEN
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HOME DEPOT U.S.A., INC.

| |
|---|
| NAME (Type or print) <br> Richard J. Keating, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Richard J. Keating, Jr. |
| FIRM <br> Swanson, Martin & Bell, LLP |
| STREET ADDRESS <br> 330 North Wabash Avenue, Suite 3300 |
| CITY/STATE/ZIP <br> Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229550 | TELEPHONE NUMBER <br> (312) 321-9100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |