DEK/RJK 1543-021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAULINE KOBLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | FILED: MARCH 19, 2008 |
| | ) | 08CV1624    TC |
| HOME DEPOT U.S.A., INC., | ) | JUDGE ANDERSEN |
| | ) | MAGISTRATE JUDGE MASON |
| Defendant. | ) | |

## JURY DEMAND

Defendant HOME DEPOT U.S.A., INC. demands a trial by jury.

SWANSON, MARTIN & BELL, LLP

By:   /s/ Richard J. Keating, Jr.
    One of the Attorneys for Defendant,
    HOME DEPOT U.S.A., INC.

David E. Kawala
Richard J. Keating, Jr. – ARDC #6229550
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue
Suite 3300
Chicago, IL  60611
312-321-9100
312-321-0990 Fax

536733