# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Pauline Koblick

               Plaintiff,

v.                                    Case No.: 1:08−cv−01624
                                     Honorable Wayne R. Andersen

Home Depot U.S.A., Inc.

               Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 23, 2008

                                                                             /s/ Wayne R. Andersen

                                                                             United States District Judge